UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL BLACK and MAIRE BLACK, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, a Federal Corporation, the INTERNAL REVENUE SERVICE, the DEPARTMENT OF TREASURY, and W.H. WALTON, in his official capacity,<br><br>Defendants. | NO. CV-08-102-RHW<br><br>**ORDER GRANTING MOTIONS FOR EXTENSION OF TIME** |

Before the Court are the Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiffs' Amended Complaint (Ct. Rec. 20) and Plaintiff's Motion for Enlargement of Time to Respond to the United States' Motion to Dismiss Amended Complaint (Ct. Rec. 30). The motions were heard without oral argument.

On March 26, 2008, Plaintiffs filed their complaint. The United States filed a motion to dismiss. On August 28, 2008, Plaintiffs filed an Amended Complaint. The United States sought additional time to file an answer to the amended complaint (Ct. Rec. 20), and on November 3, 2008, filed a Motion to Dismiss the Amended Complaint (Ct. Rec. 23). The motion is noted for December 23, 2008.

Plaintiffs seek additional time to file their response to the Government's Motion to Dismiss the Amended Complaint.

The Court finds that good cause exists to grant the motions.

**ORDER GRANTING MOTIONS FOR EXTENSION OF TIME** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiffs' Amended Complaint (Ct. Rec. 20) is **GRANTED**.

2. Plaintiffs' Motion for Enlargement of Time to Respond to the United States' Motion to Dismiss Amended Complaint (Ct. Rec. 30) is **GRANTED**.

3. On or before **December 15, 2008**, Plaintiffs shall file their response to the Government's Motion to Dismiss the Amended Complaint.

4. The United States' Motion to Dismiss (Ct. Rec. 3) is **DENIED** as moot.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiffs and counsel.

**DATED** this 20th day of November, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2008\Black\dismiss.wpd

**ORDER GRANTING MOTIONS FOR EXTENSION OF TIME ~ 2**